Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE   FORM 1

| ArcelorMittal Long Products Canada G.P. | |
|---|---|
| Plaintiff, | |
| v. | **S U M M O N S** |
| UNITED STATES, | **2 1 - c v - 3 9** |
| Defendant. | |

**TO**:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port of Entry: | Huron, MI (3802) | Date Protest Filed: | February 11, 2020 |
|---|---|---|---|
| Protest Number: | 3802-20-100940 | Date Protest Denied: | October 14, 2020 |
| Importer: | **ArcelorMittal Long Products Canada G.P.** | | |
| Category of Merchandise: | Steel Products | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9RK-27034909 | 12/04/2018 | 10/25/2019 | | | |

Please see attached continuation sheet.
Continued on Form 1-3.

Port Director,                                           William R. Rucker
U.S. Customs and Border Protection                       Faegre Drinker Biddle & Reath
Port of Huron                                            191 N. Wacker Drive, Suite 3700
526 Water Street - Room 301                              Chicago, IL  60606
Huron, MI 48060                                          (312) 569-1157

Form 1-2

**CONTESTED ADMINISTRATIVE DECISION**

| | **Appraised Value of Merchandise** | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Steel products | 7213.91.3015<br>7227.90.6010 | <u>0%</u><br>With 25% Section 232 duties | 7213.91.3015<br>7213.91.3093 | <u>0%</u><br>Excluded from Section 232 duties |

**Other**

State Specifically the Decision [as Described in 19 U.S.C.§ 1514(a)] and the Protest Claim: Liquidation with assessment of Section 232 tariffs – the subject products are excluded from Section 232 tariffs.

The issue which was common to all such denied protests: Exclusion from Section 232 tariffs.

Every denied protest included in this civil action was filed by the above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidation duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

                                                                           /s/ William R. Rucker

*Signature of Plaintiff's Attorney*

                                                                   January 29, 2021

*Date*

Form 1-3

## SCHEDULE OF PROTESTS

<u>Detroit, MI (3801)</u>
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 3801-20-101922 | 2/17/2020 | 10/14/2020 | 9RK-27311208 | 03/25/2019 | 02/14/2020 |

**Port Director,**
**U.S. Customs and Border Protection**
**Port of Detroit**
**2810 B West Fort Street Suite #123**
**Detroit, MI 48216**

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the District Director for such different port of entry must be given in the space provided.